No. 96–7310. VRETTOS v. BELL ATLANTIC-NEW JERSEY, INC. C. A. 3d Cir. Certiorari denied.

No. 96–7313. WILLIS v. PARRISH ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7317. CARTER v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–7318. CARTER v. NEUSTRUP. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–7319. ARIGONI v. MASSACHUSETTS ET AL. App. Ct. Mass. Certiorari denied.

No. 96–7320. ELLISON v. FORREST CITY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7322. GALLEGO v. WILSON ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7323. DAY v. PAINTER, SHERIFF, MIDLAND COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96–7324. HENDRICKSON v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7326. SCOTT v. NACHMAN. Cir. Ct., City of Newport News, Va. Certiorari denied.

No. 96–7327. HOLCOMB v. THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–7359. DRINKARD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7398. HOPPER v. GOOSBLY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7410. REYNA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.